**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Number: 19-20098-JAD |
| | : | |
| **Birch L. Foley and** | : | Chapter 13 |
| **Sherrie L. Foley,** | : | |
| **Debtors** | : | |

**CERTIFICATE OF SERVICE**

I, Lawrence Willis, Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated **February 4, 2022,** together with the above debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage Paid on the parties below:

**AK Steel Corporation**
**9227 Centre Point Drive**
**West Chester, OH 45069**
**Attention: Payroll Administrator**

**Sherrie L Foley**
**100 Crestview Drive**
**Butler, PA 16001**

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: February 7, 2022

/s/ Lawrence W Willis, Esquire
Lawrence W. Willis
PA ID 85299
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-235-1721
Email: ecf@urfreshstrt.com