# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BIRCH L FOLEY
SHERRIE L FOLEY

Case No. 19-20098JAD

        Debtor(s)

Chapter 13

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

        Movant

Document No __

vs.

USX FEDERAL CREDIT UNION*

        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

Pending Insurance Payoff

USX FEDERAL CREDIT UNION*
POB 1728*
CRANBERRY TWP, PA 16066-0728

Court claim# /Trustee CID# 5

The Movant further certifies that on 04/25/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
BIRCH L FOLEY, SHERRIE L FOLEY, 100 CRESTVIEW DR, BUTLER, PA  16001

DEBTOR'S COUNSEL:
LAWRENCE W WILLIS ESQ, WILLIS & ASSOCIATES, 201 PENN CENTER BLVD STE 310, PITTSBURGH, PA  15235

ORIGINAL CREDITOR:
USX FEDERAL CREDIT UNION*, POB 1728*, CRANBERRY TWP, PA  16066-0728

NEW CREDITOR: