IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Birch L. Foley | : | Case No. 19-20098-JAD |
| Sherrie L. Foley | : | Chapter 13 |
|     Debtor(s) | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | Related to Document |
|     Movant(s) | : | |
| | : | Hearing Date: |
| vs. | : | |
| | : | |
| Birch L. Foley, Sherrie L. Foley and USX Federal Credit Union | : | |
|     Respondent(s) | : | |

<u>NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION FOR ORDER OF COURT APPROVING THE TERMINATION OF PAYMENTS TO CREDITOR BASED ON INFORMATION COLLATERAL WAS DAMAGED</u>

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than September 28 2022, (i.e., twenty (20) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on October 12, 2022 at 10:00 a.m. before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the Notice of Temporary Modification of Procedures Before the Honorable Jeffrey A. Deller For Matters Scheduled On or After January 1, 2021, which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412)644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

      All persons are reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

      Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

<u>9-8-22</u>                                                <u>/s/ Owen W. Katz</u>
Date                                                     Owen W. Katz, PA I.D. 36473
                                                        Attorney for Chapter 13 Trustee
                                                        US Steel Tower, Suite 3250
                                                        600 Grant Street
                                                        Pittsburgh, PA  15219
                                                        (412) 471-5566
                                                        Email: okatz@chapter13trusteewdpa.com