IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BIRCH L. FOLEY, and<br>SHERRIE L. FOLEY<br>        Debtors, | Bankruptcy No. 19-20098-JAD<br><br>Chapter 13 |

## NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
## USX FEDERAL CREDIT UNION

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor USX Federal Credit Union, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

                        Respectfully submitted,
                        BERNSTEIN-BURKLEY, P.C.

                        BY:/s/*Keri P. Ebeck*
                        Keri P. Ebeck (PA ID. No.91298)
                        601 Grant Street, 9th Floor
                        Pittsburgh, PA  15219-1900
                        (412) 456-8112 -- telephone
                        (412) 456-8135
                        e-mail:  kebeck@bernsteinlaw.com

                        Attorney for USX Federal Credit Union

Dated: September 16, 2022