## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>BIRCH L. FOLEY, and<br>SHERRIE L. FOLEY,<br>        Debtors,<br><br>USX FEDERAL CREDIT UNION,<br><br>        Movant,<br><br>   v.<br><br>BIRCH L. FOLEY,<br>SHERRIE L. FOLEY and<br>RONDA J. WINNECOUR, Trustee<br>        Respondents | Bankruptcy No. 19-20098-JAD<br><br>Chapter 13<br><br>Doc. No. 91 |

**CERTIFICATE OF SERVICE OF MOTION TO WITHDRAW USX FEDERAL CREDIT UNION'S RESPONSE TO DEBTOR'S MOTION FOR ORDER OF COURT APPROVING THE TERMINATION OF PAYMENTS TO CREDITOR BASED ON INFORMATION COLLATERAL WAS DAMAGED AND NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE**

     I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 10, 2022.

     The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail, electronic notification.

     If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SERVICE BY FIRST CLASS MAIL

| | |
|---|---|
| Birch L Foley<br>Sherrie L. Foley<br>100 Crestview Dr<br>Butler, PA 16001 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |

SERVICE BY ELECTRONIC NOTIFICATION

| Lawrence W. Willis | Office of the United States Trustee |
|---|---|
| Willis & Associates | Liberty Center. |
| 201 Penn Center Blvd | 1001 Liberty Avenue, Suite 970 |
| Suite 310 | Pittsburgh, PA 15222 |
| Pittsburgh, PA 15235 | |

Dated: October 10, 2022

                        Respectfully submitted,

                        BERNSTEIN-BURKLEY, P.C.

                        /s/ Keri P. Ebeck
                        Keri P. Ebeck, Esq.
                        PA ID. No. 91298
                        kebeck@bernsteinlaw.com
                        601 Grant Street, 9th Floor
                        Pittsburgh, PA 15219
                        Phone - (412) 456-8112
                        Fax - (412) 456-8135

                        *Counsel for USX Federal Credit Union*