FILED
10/11/22 12:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Bankruptcy No. 19-20098-JAD |
| BIRCH L. FOLEY, and SHERRIE L. FOLEY, | Chapter 13 |
| Debtors, | Doc. No. 91  and 98 |
| USX FEDERAL CREDIT UNION, | |
| Movant, | |
| v. | |
| BIRCH L. FOLEY, SHERRIE L. FOLEY and RONDA J. WINNECOUR, Trustee | |
| Respondents | |

<u>**ORDER**</u>

AND NOW, this <u>11th</u> day of <u>October</u>, 2022, upon consideration of the foregoing

*Motion to Withdraw the Response to the Debtor's Motion for Order of Court Approving the*

*Termination of Payments to Creditor Based on Information Collateral was Damaged.*, it is

hereby ORDERED that the Motion is approved.

BY THE COURT:

_____ jsf
Honorable Jeffery A. Deller
U.S. Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 19-20098-JAD

Birch L Foley                                                                          Chapter 13

Sherrie L Foley

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 11, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Birch L Foley, Sherrie L Foley, 100 Crestview Dr, Butler, PA 16001-3506 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2022                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC as serviced by Community Loan Servicing, LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC. bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC as serviced by Community Loan Servicing, LLC logsecf@logs.com |
| Francis Thomas Tarlecki | on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |

Harry W. Greenfield
on behalf of Creditor USX Federal Credit Union hgreenfield@bernsteinlaw.com  lyoung@bernsteinlaw.com

Keri P. Ebeck
on behalf of Creditor USX Federal Credit Union kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lawrence W. Willis
on behalf of Debtor Birch L Foley ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
on behalf of Joint Debtor Sherrie L Foley ecf@westernpabankruptcy.com
urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Marisa Myers Cohen
on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 13