**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-20098-JAD |
| **Birch L. Foley and** | : | |
| **Sherrie L. Foley,** | : | |
| Debtors | : | Chapter 13 |
| _____ | : | |
| **Birch L. Foley,** | : | Related to Docket No. |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | Hearing Date & Time: |
| | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Respondent | : | |

## AMENDED ORDER

**AND NOW this** _____ day of _____, <u>2023</u>, it is hereby ORDERED, ADJUDGED AND DECREED that settlement of the Debtor's Workers' Compensation Case is approved.

IT IS FURTHER ORDERED that from the total settlement of $80,000.00, distribution shall be as follows:

1. Debtor's Workers' Compensation attorney, Dennis A. Liotta, Esquire, shall be awarded $16,000.00 for counsel fees.

2. Medicare's portion is $6,400.00.

3. Proceeds in the amount of $15,383.82., payable to Ronda J. Winnecour, Ch. 13 Trustee, P.O. Box 84051, Chicago, IL 60689- 4002, and which check will include the Debtor's name and bankruptcy case number, and which will be sent with a copy of this Order, which amount, after deduction of Trustee fees, is to be earmarked for general plan funding which is to include payment of 25% of the timely filed general non priority unsecured nonstudent loan creditors, which amount, in

accordance with §349, shall be distributed notwithstanding a subsequent dismissal of this case. The balance to the Debtor.

4. The Movant, Birch L. Foley, will be awarded the remainder of $42,216.18.

5. The Movant shall have fifteen (15) days to amend his bankruptcy schedules to show the settlement proceeds as an asset of the bankruptcy estate, and the exemption of same, if appropriate.

BY THE COURT:

_____
Jeffery A. Deller,
United States Bankruptcy Judge