# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-20098-JAD |
| | : | |
| Birch L. Foley and | : | Chapter No. 13 |
| Sherrie L. Foley, | : | |
| Debtors | : | Docket No. 118 |
| | : | Related to Docket No. 116 |
| | : | |
| Lawrence W. Willis, Esquire/ | : | Hearing Date and Time: |
| Willis & Associates LLC, | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| No Respondent. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned of the law firm of Willis & Associates, certify that I served or caused to be served, a copy of the above Request to Restrict Public Access and Exhibit with Docket Text at Docket Number 116 filed herewith upon each of the following persons and parties in interest at the addresses shown below:

Respectfully submitted,

Dated: March 24, 2023

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors.com
Attorney for Debtors

# MATRIX

U.S. Trustee
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Birch & Sherrie Foley
100 Crestview Drive,
Butler, PA 16001

Dennis A. Liotta, Esquire
US Steel Tower, 10th Floor
600 Grant Street
Pittsburgh, PA 15219

Capital Bank, n.a.
1 Church St
Rockville, MD 20850

Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130

Collection Service Cen
Pob 560
New Kensington, PA 15068

Comenity Bank/lnbryant
Po Box 182789
Columbus, OH 43218

Comenitycb/boscov
Po Box 182120
Columbus, OH 43218

Credit Coll
Po Box 607
Norwood, MA 02062

Credit Collection Serv
Po Box 607
Norwood, MA 02062

Dept Of Ed/582/nelnet
Po Box 173904
Denver, CO 80217

Discover Fin Svcs Llc
Pob 15316
Wilmington, DE 19850

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107

Fnb Omaha
P.o. Box 3412
Omaha, NE 68197

I C System Inc
Po Box 64378
Saint Paul, MN 55164

Jh Portfolio Debt Equi
5757 Phantom Dr Ste 225
Hazelwood, MO 63042

Loancare Servicing Ctr
3637 Sentara Way
Virginia Beach, VA 23452

Midland Funding
2365 Northside Drive
San Diego, CA 92108

Northwest Consumer Dis
Po Box 523
Allison Park, PA 15101

Penn Credit Corporatio
916 S 14th St
Harrisburg, PA 17104

Portfolio Recov Assoc
120 Corporate Blvd Ste 100
Norfolk, VA 23502

Syncb/care Credit C/o
Po Box 965036
Orlando, FL 32896

Syncb/levin Furniture C/o
Po Box 965036
Orlando, FL 32896

Syncb/lowes
Po Box 956005
Orlando, FL 32896

Syncb/paypal Smart Con
Po Box 965005
Orlando, FL 32896

Syncb/tjx Cos
Po Box 965015
Orlando, FL 32896

Tsi/51
Pob 15273
Wilmington, DE 19850

Unifund Ccr Llc
10625 Techwoods Cir
Blue Ash, OH 45242

Us Dep Ed
Po Box 5609
Greenville, TX 75403

Us Dept Of Ed/glelsi
2401 International Lane
Madison, WI 53704

Usx Federal Credit Uni
600 Grant St
Pittsburgh, PA 15219

Verizon Wireless
Po Box 650051
Dallas, TX 75265

Wf Bank Na
Po Box 14517
Des Moines, IA 50306