## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-20098-JAD |
| **Birch L. Foley and** | : | |
| **Sherrie L. Foley,** | : | |
|         **Debtors** | : | Chapter 13 |
| _____ | : | |

### CERTIFICATE OF SERVICE

I, the undersigned Attorney of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the within Order Dated March 23, 2023, (Order on Amended Schedules) and Amended Schedule B & C was served on the following parties by first class mail:

Date: March 24, 2023            By: /s/ Lawrence Willis Esquire
                                                              Lawrence W Willis, Esquire
                                                              PA I.D. # 85299
                                                              Willis & Associates
                                                              201 Penn Center Blvd
                                                              Pittsburgh, PA 15235
                                                              Tel: 412.235.1721
                                                              Fax: 412.542.1704
                                                              lawrencew@urfreshstrt.com
                                                              Attorney for Debtors

**MATRIX OF PARTIES SERVED**

U.S. Trustee
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Birch & Sherrie Foley
100 Crestview Drive,
Butler, PA 16001

Dennis A. Liotta, Esquire
US Steel Tower, 10th Floor
600 Grant Street
Pittsburgh, PA 15219

Capital Bank,n.a.
1 Church St
Rockville, MD 20850

Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130

Collection Service Cen
Pob 560
New Kensington, PA 15068

Comenity Bank/lnbryant
Po Box 182789
Columbus, OH 43218

Comenitycb/boscov
Po Box 182120
Columbus, OH 43218

Credit Coll
Po Box 607
Norwood, MA 02062

Credit Collection Serv
Po Box 607
Norwood, MA 02062

Dept Of Ed/582/nelnet
Po Box 173904
Denver, CO 80217

Discover Fin Svcs Llc
Pob 15316
Wilmington, DE 19850

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107

Fnb Omaha
P.o. Box 3412
Omaha, NE 68197

I C System Inc
Po Box 64378
Saint Paul, MN 55164

Jh Portfolio Debt Equi
5757 Phantom Dr Ste 225
Hazelwood, MO 63042

Loancare Servicing Ctr
3637 Sentara Way
Virginia Beach, VA 23452

Midland Funding
2365 Northside Drive
San Diego, CA 92108

Northwest Consumer Dis
Po Box 523
Allison Park, PA 15101

Penn Credit Corporatio
916 S 14th St
Harrisburg, PA 17104

Portfolio Recov Assoc

120 Corporate Blvd Ste 100
Norfolk, VA 23502

Syncb/care Credit C/o
Po Box 965036
Orlando, FL 32896

Syncb/levin Furniture C/o
Po Box 965036
Orlando, FL 32896

Syncb/lowes
Po Box 956005
Orlando, FL 32896

Syncb/paypal Smart Con
Po Box 965005
Orlando, FL 32896

Syncb/tjx Cos
Po Box 965015
Orlando, FL 32896

Tsi/51
Pob 15273
Wilmington, DE 19850

Unifund Ccr Llc
10625 Techwoods Cir
Blue Ash, OH 45242

Us Dep Ed
Po Box 5609
Greenville, TX 75403

Us Dept Of Ed/glelsi
2401 International Lane
Madison, WI 53704

Usx Federal Credit Uni
600 Grant St
Pittsburgh, PA 15219

Verizon Wireless
Po Box 650051

Dallas, TX 75265

Wf Bank Na
 Po Box 14517
Des Moines, IA 50306