**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-20098-JAD |
| **Birch L. Foley and** | : | |
| **Sherrie L. Foley,** | : | |
|                    Debtors | : | Chapter 13 |
| _____ | : | |
| **Birch L. Foley,** | : | Docket No. 108 |
| | : | |
|                    Movant | : | |
| | : | |
| vs. | : | Hearing Date & Time: |
| | : | April 26, 2023 at 10:00 AM |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
|                    Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO APPROVE SETTLEMENT OF WORKERS' COMPENSATION CASE FILED AT DOCKET NO. 108**

     The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Workers Compensation Settlement filed on March 22, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 11, 2023.

     It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: April 12, 2023                            By: /s/ Lawrence Willis Esquire
                                                          Lawrence W Willis, Esquire
                                                           PA I.D. # 85299
                                                           Willis & Associates
                                                           201 Penn Center Blvd
                                                           Pittsburgh, PA 15235
                                                           Tel: 412.235.1721
                                                          Fax: 412.542.1704
                                                          lawrencew@urfreshstrt.com
                                                         Attorney for Debtors