**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-20098-JAD |
| **Birch L. Foley and** | : | |
| **Sherrie L. Foley,** | : | |
| Debtors | : | Chapter 13 |
| _____ | : | |
| **Birch L. Foley,** | : | Related to Docket No. 108 |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | Hearing Date & Time: |
| | : | April 26, 2023 at 10:00 AM |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Respondent | : | |

FILED
4/20/23 10:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER

**AND NOW this** 20th day of April, 2023, it is hereby ORDERED, ADJUDGED AND DECREED that settlement of the Debtor's Workers' Compensation Case is approved.

IT IS FURTHER ORDERED that from the total settlement of $80,000.00, distribution shall be as follows:

1. Debtor's Workers' Compensation attorney, Dennis A. Liotta, Esquire, shall be awarded $16,000.00 for counsel fees.

2. Medicare's portion is $6,400.00.

3. Proceeds in the amount of $14.630.00, payable to Ronda J. Winnecour, Ch. 13 Trustee, P.O. Box 84051, Chicago, IL 60689- 4002, and which check will include the Debtor's name and bankruptcy case number, and which will be sent with a copy of this Order, which amount, after deduction of Trustee fees, is to be earmarked for general plan funding which is to include payment of 25% of the timely filed general non priority unsecured nonstudent loan creditors, which amount, in accordance with §349, shall be distributed notwithstanding a

subsequent dismissal of this case. Balance to the Debtor's exemption 11 U.S.C. § 522(d)(1) to Debtor.

4. The Movant, Birch L. Foley, will be awarded the remainder of $42,970.00.

5. The Movant shall have fifteen (15) days to amend his bankruptcy schedules to show the settlement proceeds as an asset of the bankruptcy estate, and the exemption of same, if appropriate.

BY THE COURT:

jsf

Jeffery A. Deller,
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20098-JAD |
| Birch L Foley | Chapter 13 |
| Sherrie L Foley | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 20, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Birch L Foley, Sherrie L Foley, 100 Crestview Dr, Butler, PA 16001-3506 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2023                            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC as serviced by Community Loan Servicing, LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC. bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC as serviced by Community Loan Servicing, LLC logsecf@logs.com |
| Francis Thomas Tarlecki | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| Harry W. Greenfield | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 20, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor USX Federal Credit Union hgreenfield@bernsteinlaw.com  lyoung@bernsteinlaw.com

Keri P. Ebeck
    on behalf of Creditor USX Federal Credit Union kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lawrence W. Willis
    on behalf of Debtor Birch L Foley ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
    on behalf of Joint Debtor Sherrie L Foley ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lorraine Gazzara Doyle
    on behalf of Creditor Lakeview Loan Servicing  LLC as serviced by Community Loan Servicing, LLC ldoyle@logs.com,
    logsecf@logs.com

Marisa Myers Cohen
    on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 14