FILED
4/28/23 2:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BIRCH L. FOLEY & SHERRIE L. FOLEY | ) ) Case No. 19-20098-JAD ) ) Chapter 13 |
| Debtor(s). | ) ) |
| | X  Doc. # 128 |

## ORDER OF COURT
**(Check Boxes That Apply)**

☒ **Confirming Plan on Final Basis**    ☐ **Chapter 13 Plan dated:** _____

☐ **Authorizing Distributions Under Plan On Interim Basis Solely as Adequate Protection**    ☒ **Amended Chapter 13 dated: March 21, 2023**

IT IS HEREBY ORDERED that the Chapter 13 Plan Payment is $1749 effective 2/22.

IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

1. **Unique Provisions Applicable Only to This Case:** *Only those provisions which are checked below apply to this case:*

    ☐    A. For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $_____, beginning _____. To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

☐	B.  The length of the Plan is changed to a total of at least ____months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☐	C.  To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. ***Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.*** The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐	D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐	E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐	F.  The following utility creditor _____shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☐	G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:
	_____

☐	H.  The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:
	_____

☐     I. The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:

_____

☐     J. The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:

_____

☒     K. Additional Terms and Conditions:
- US Department of Education CL.#19 to be treated as specially classified and deferred so no payments to be made per plan.
- Non-specially classified unsecured creditors are to be paid $4,401.97 out of the projected Lump Sum (after Trustee fees) to be paid out of the settlement (at Doc 122) of the Debtor's Workers Compensation case before the balance of the lump sum is used for any other plan obligation.
- Plan is contingent upon Trustee's receipt of lump sum per Order at Doc 122.

*All plan payments must be by TFS, WA, or (where eligible) ACH. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods.*

**2. Deadlines.** The following deadlines are hereby established and apply to this case:

    **A.**     **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

    **B.**     **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

  **C.** **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

  **D.** **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

  **3.** **Additional Provisions.** The following additional provisions apply in this case:

  **A.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

  **B.** The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

  **C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

  **D.** Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

  **E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

  **F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed **secured claim** (that is secured by the property subject to the relief from

stay order), unless otherwise directed by further Order of Court.

G. The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

H. The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated:  4/28/2023

jsf

United States Bankruptcy Judge
Jeffery A. Deller

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-20098-JAD
Birch L Foley     Chapter 13
Sherrie L Foley
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 5
Date Rcvd: Apr 28, 2023     Form ID: pdf900     Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Birch L Foley, Sherrie L Foley, 100 Crestview Dr, Butler, PA 16001-3506 |
| sp | + | Dennis A. Liotta, Edgar Snyder & Associates, US Steel Tower, 600 Grant Street 10th Floor, Pittsburgh, PA 15219-2828 |
| 14988968 | + | Ameican Web, 522 N 14th Street, SUite 130, Ponca City, OK 74601-4654 |
| 14975360 | + | Capital Bank,n.a., 1 Church St, Rockville, MD 20850-4158 |
| 14975362 | + | Collection Service Cen, Pob 560, New Kensington, PA 15068-0560 |
| 14975367 | + | Dept Of Ed/582/nelnet, Po Box 173904, Denver, CO 80217-3904 |
| 15435911 | + | Lakeview Loan Servicing, LLC as serviced, by Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14978675 | + | Lakeview Loan Servicing, LLC., c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14988987 | + | Nationwide Insurance, PO Box 10479, Des Moines, IA 50306-0479 |
| 14975375 | + | Northwest Consumer Dis, Po Box 523, Allison Park, PA 15101-0523 |
| 14988990 | + | Peoples Natural Gas, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14988991 | + | Pinnacle Credit Servic, Resurgent Capital Services, PO Box 15087, Greenville, SC 29610-5087 |
| 14975383 | + | Tsi/51, Pob 15273, Wilmington, DE 19850-5273 |
| 14975387 | + | Usx Federal Credit Uni, 600 Grant St, Pittsburgh, PA 15219-2702 |
| 14989008 | | West Penn Power, Summit Park Dr, Pittsburgh, PA 15205 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14988969 | | Email/Text: patientfinancialservices@butlerhealthsystem.org | Apr 28 2023 23:39:00 | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 14988972 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2023 23:49:49 | CITIBANK, 701 E 60TH ST N, Sioux Falls, SD 57104-0432 |
| 14975361 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2023 23:49:35 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14975362 | ^ | MEBN | Apr 28 2023 23:38:36 | Collection Service Cen, Pob 560, New Kensington, PA 15068-0560 |
| 14988974 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2023 23:39:00 | Comenity Bank, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14975363 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2023 23:39:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14975364 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2023 23:39:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |

Case 19-20098-JAD    Doc 132    Filed 04/30/23    Entered 05/01/23 00:26:08    Desc
Imaged Certificate of Notice    Page 7 of 10

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 28, 2023 | Form ID: pdf900 | Total Noticed: 60 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14975365 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 28 2023 23:40:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 14975366 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 28 2023 23:40:00 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 14975368 | + | Email/Text: mrdiscen@discover.com | Apr 28 2023 23:39:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14975370 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 28 2023 23:39:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 14975369 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 28 2023 23:49:36 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14975371 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 28 2023 23:39:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14975372 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Apr 28 2023 23:40:00 | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14984493 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2023 23:49:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14996340 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 28 2023 23:39:00 | Lakeview Loan Servicing, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14975373 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 28 2023 23:39:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14975374 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2023 23:40:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 14994463 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2023 23:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15011060 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2023 23:49:59 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14976031 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 28 2023 23:49:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14981931 | + | Email/Text: ebnpeoples@grblaw.com | Apr 28 2023 23:39:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14984494 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2023 23:49:50 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14975377 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2023 23:49:36 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14988993 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Apr 28 2023 23:39:00 | Progressive Insurance, 6300 Wilson Mills Rd, Cleveland, OH 44143-2182 |
| 14988994 | + | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2023 23:39:00 | Quantum3, PO Box 788, Kirkland, WA 98083-0788 |
| 14986655 | | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2023 23:39:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14998398 | | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2023 23:39:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15521290 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 28 2023 23:39:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14988995 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2023 23:49:56 | SYNCB, C/O P O BOX 965015, Orlando, FL 32896-0001 |
| 14975378 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2023 23:49:56 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14975379 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2023 23:49:56 | Syncb/levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14975380 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2023 23:49:57 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14975381 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2023 23:49:44 | Syncb/paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 14975382 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2023 23:49:58 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14975384 | | Email/Text: bankruptcy@unifund.com | Apr 28 2023 23:39:00 | Unifund Ccr Llc, 10625 Techwoods Cir, Blue Ash, OH 45242 |
| 15012811 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 28 2023 23:39:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14975385 | + | Email/Text: EDBKNotices@ecmc.org | Apr 28 2023 23:39:00 | Us Dep Ed, Po Box 5609, Greenville, TX 75403-5609 |
| 14975386 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 28 2023 23:39:00 | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 15007613 | | Email/PDF: ebn_ais@aisinfo.com | Apr 28 2023 23:49:59 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14975389 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 28 2023 23:39:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14992784 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 28 2023 23:49:59 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14989007 | | Email/Text: bankruptcy@firstenergycorp.com | Apr 28 2023 23:40:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15009899 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 28 2023 23:40:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14989009 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 28 2023 23:40:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 14975390 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 28 2023 23:49:47 | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC as serviced by Commun |
| cr | | Lakeview Loan Servicing, LLC. |
| cr | | USX Federal Credit Union |
| 14975388 | | Usx Federal Credit Uni |
| 14989005 | | Usx Federal Credit Uni |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14988970 | *+ | Capital Bank,n.a., 1 Church St, Rockville, MD 20850-4158 |
| 14988971 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14988973 | *+ | Collection Service Cen, Pob 560, New Kensington, PA 15068-0560 |
| 14988975 | *+ | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14988976 | *+ | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14988977 | *+ | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 14988978 | *+ | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 14988979 | *+ | Dept Of Ed/582/nelnet, Po Box 173904, Denver, CO 80217-3904 |
| 14988981 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |

| | | |
|---|---|---|
| 14988980 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14988982 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14988983 | *+ | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14988985 | * | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14988984 | *+ | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14988986 | *+ | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 14988988 | *+ | Northwest Consumer Dis, Po Box 523, Allison Park, PA 15101-0523 |
| 14988989 | *+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14988992 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14988996 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14988997 | *+ | Syncb/levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14988998 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14988999 | *+ | Syncb/paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 14989000 | *+ | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14989001 | *+ | Tsi/51, Pob 15273, Wilmington, DE 19850-5273 |
| 14989002 | *P++ | UNIFUND CCR LLC, ATTN MEDIA DEPARTMENT, 10625 TECHWOOD CIRCLE, CINCINNATI OH 45242-2846, address filed with court:, Unifund Ccr Llc, 10625 Techwoods Cir, Blue Ash, OH 45242 |
| 14989003 | *+ | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 14989004 | *+ | Usx Federal Credit Uni, 600 Grant St, Pittsburgh, PA 15219-2702 |
| 14989006 | *+ | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14989010 | *+ | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 14975376 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 5 Undeliverable, 31 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC as serviced by Community Loan Servicing, LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC as serviced by Community Loan Servicing, LLC logsecf@logs.com |
| Francis Thomas Tarlecki | on behalf of Creditor Lakeview Loan Servicing LLC. ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| Harry W. Greenfield | on behalf of Creditor USX Federal Credit Union hgreenfield@bernsteinlaw.com lyoung@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor USX Federal Credit Union kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lawrence W. Willis | |

District/off: 0315-2     User: auto     Page 5 of 5
Date Rcvd: Apr 28, 2023     Form ID: pdf900     Total Noticed: 60

| | |
|---|---|
| | on behalf of Debtor Birch L Foley ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | |
| | on behalf of Joint Debtor Sherrie L Foley ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lorraine Gazzara Doyle | |
| | on behalf of Creditor Lakeview Loan Servicing LLC as serviced by Community Loan Servicing, LLC ldoyle@logs.com, logsecf@logs.com |
| Marisa Myers Cohen | |
| | on behalf of Creditor Lakeview Loan Servicing LLC. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 14