**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/21/2023

IN RE:

BIRCH L FOLEY
SHERRIE L FOLEY
100 CRESTVIEW DR
BUTLER,  PA  16001
XXX-XX-3344            Debtor(s)

XXX-XX-7843

Case No.19-20098 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/21/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CARE CREDIT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2483 |
| **MCCABE WEISBERG & CONWAY LLC**<br>1420 WALNUT ST STE 1501<br>PHILADELPHIA, PA 19102 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LN SVCNG/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O RIGHTPATH SERVICING<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4LMT*BGN 2/19*FR LOANCARE-DOC 74*FR CLS-DOC 95 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4051 |
| **USX FEDERAL CREDIT UNION***<br>POB 1728*<br>CRANBERRY TWP, PA 16066-0728 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 2,736.32<br>COMMENT: NO FURTHER PMTS/OE*SURR/PL*DK | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5005 |
| **USX FEDERAL CREDIT UNION***<br>POB 1728*<br>CRANBERRY TWP, PA 16066-0728 | Trustee Claim Number: 6   INT %: 6.00%<br>Court Claim Number:<br>CLAIM: 3,251.00<br>COMMENT: $@6%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5009 |
| **AMERICAN WEB LOAN++**<br>2128 N 14TH ST STE 1 130<br>PONCA CITY, OK 74601 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5953 |
| **CAPITAL ONE***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2238 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: IDCF |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6200 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY~LNBRYANT/SCH |
| **COMENITY BANK**<br>PO BOX 182272<br>COLUMBUS, OH 43218 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4814 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY~BOSCOV/SCH |
| **CREDIT COLLECTION SERVICE**<br>POB 773<br>NEEDHAM, MA 02494 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3502 | CLAIM: 0.00<br>COMMENT: NT ADR~PROGRESSIVE/SCH |
| **CREDIT COLLECTION SERVICE**<br>POB 773<br>NEEDHAM, MA 02494 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7474 | CLAIM: 0.00<br>COMMENT: NT ADR~NATIONWIDE/SCH |
| **NELNET**<br>PO BOX 16358<br>ST PAUL, MN 55116 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2649 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY~DEPT OF ED/SCH |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1405 | CLAIM: 462.60<br>COMMENT: 1003~NO$~NTC ONLY/SCH*1ST PERMIER/ARROW FNCL*STALE |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE 68197-3106 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2698 | CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH |
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN 55164 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4278 | CLAIM: 0.00<br>COMMENT: BUTLER REHAB/SCH |
| **QUANTUM3 GROUP LLC - AGENT FOR JHPDE FI**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 13 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2319 | CLAIM: 696.86<br>COMMENT: X7373/SCH*CITIBANK |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0085 | CLAIM: 1,389.64<br>COMMENT: NO ACCT~NO$/SCH*NCOP CAPITAL III/CAP ONE*STALE |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGEI<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 930.57<br>COMMENT: X1029/SCH*COMENITY CAPITAL BANK/BOSCOVS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4814 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGEI<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 222.24<br>COMMENT: X4072/SCH*COMENITY BANK/LANE BRYANT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6200 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COMENITY BANK/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9340 |
| **NORTHWEST CONSUMER DISCOUNT CO\*\***<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA  16365 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0009 |
| **PENN CREDIT CORP**<br>PO BOX 69703<br>HARRISBURG, PA  17106-9703 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BUTLER MMRL HSPTL/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0418 |
| **PEOPLES NATURAL GAS CO LLC\***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 245.79<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8203 |
| **PINNACLE CREDIT SERVICES LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0368 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 0.00<br>COMMENT: NO ACCT~NO$/SCH*CELLCO/VERIZON WIRELESS*STALE CL @ 766.69 W/DRAWN-I | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 678.17<br>COMMENT: SYNCHRONY BANK/LOWES | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7472 |
| **QUANTUM3 GROUP LLC**<br>POB 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGEI<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 560.19<br>COMMENT: NO$~SYNCH BANK/CARE CREDIT~NTC ONLY/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2483 |

| Creditor | Trustee Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **QUANTUM3 GROUP LLC AGNT-CREDIT CORP S** PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 7 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7917 | CLAIM: 1,689.68<br>COMMENT: SYNC BANK~NO$~LEVIN~NTC ONLY/SCH |
| **SYNCHRONY BANK** C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7472 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~LOWES~NTC ONLY/SCH |
| **SYNCHRONY BANK** C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5756 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~PAYPAL~NTC ONLY/SCH |
| **PRA/PORTFOLIO RECOVERY ASSOC** POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6303 | CLAIM: 713.72<br>COMMENT: NO$~SYNCHRONY BANK~TJX~NTC ONLY/SCH |
| **TSI++** PO BOX 17205<br>WILMINGTON, DE 19850 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7404 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **UNIFUND CCR** 10625 TECHWOODS CIRCLE<br>CINCINNATI, OH 45242 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3325 | CLAIM: 0.00<br>COMMENT: FNB OF OMAHA/SCH |
| **US DEPARTMENT OF EDUCATION** PO BOX 2837<br>PORTLAND, OR 97208 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 19-2 | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 7843 | CLAIM: 0.00<br>COMMENT: DEFERRED@SPEC UNS/CONF*8581/SCH*AMD*CL=18265.96 |
| **USX FEDERAL CREDIT UNION*** POB 1728*<br>CRANBERRY TWP, PA 16066-0728 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8103 | CLAIM: 0.00<br>COMMENT: |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 15 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 | CLAIM: 2,256.56<br>COMMENT: CHARGED OFF 1/15/18 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 14 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 | CLAIM: 923.02<br>COMMENT: CHARGED OFF 9/5/17 |

| Creditor | Trustee/Court Claim | Cred Desc/Account |
|---|---|---|
| **WEST PENN POWER*** <br> ATTN BANKRUPTCY <br> 5001 NASA BLVD <br><br> FAIRMONT, WV 26554 | Trustee Claim Number:41  INT %: 0.00% <br> Court Claim Number:16 <br><br> CLAIM: 3,691.47 <br> COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7789 |
| **WELLS FARGO BANK NA** <br> ATTN PAYMENT PROCESSING <br> PO BOX 14487 <br><br> DES MOINES, IA 50309 | Trustee Claim Number:42  INT %: 0.00% <br> Court Claim Number:8 <br><br> CLAIM: 398.17 <br> COMMENT: SURR/PL @ CID 48*7691/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1841 |
| **BUTLER MEMORIAL HOSPITAL** <br> ONE HOSPITAL WAY <br><br> BUTLER, PA 16001 | Trustee Claim Number:43  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **CITIBANK NA**** <br> BANKRUPTCY NOTICING CENTER <br> 701 E 60TH ST N <br><br> SIOUX FALLS, SD 57117 | Trustee Claim Number:44  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **PROGRESSIVE INSURANCE CO** <br> 6300 WILSON MILLS RD W33 <br><br> MAYFIELD VILLAGE, OH 44143 | Trustee Claim Number:45  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br><br> GREENVILLE, SC 29603-0587 | Trustee Claim Number:46  INT %: 0.00% <br> Court Claim Number:4 <br><br> CLAIM: 447.81 <br> COMMENT: ACCT NT/SCH*1ST PREMIER/ARROW FNCL*STALE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8429 |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br><br> GREENVILLE, SC 29603-0587 | Trustee Claim Number:47  INT %: 0.00% <br> Court Claim Number:5 <br><br> CLAIM: 1,534.70 <br> COMMENT: ACCT NT/SCH*NORTH STAR/CAP ONE*STALE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8998 |
| **WELLS FARGO BANK NA** <br> ATTN PAYMENT PROCESSING <br> PO BOX 14487 <br><br> DES MOINES, IA 50309 | Trustee Claim Number:48  INT %: 0.00% <br> Court Claim Number:8 <br><br> CLAIM: 0.00 <br> COMMENT: SURR/PL*CL8GOVS*UNS/SCH-PL*WNTS 0%*W/42*CL=443.56 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 1841 |
| **LAKEVIEW LOAN SERVICING LLC** <br> C/O RIGHTPATH SERVICING <br> PO BOX 619094 <br><br> DALLAS, TX 75261-9741 | Trustee Claim Number:49  INT %: 0.00% <br> Court Claim Number:10 <br><br> CLAIM: 12,761.26 <br> COMMENT: $/CL-PL*THRU 1/19*FR LOANCARE-DOC 74*FR CLS-DOC 95 | CRED DESC: MORTGAGE ARR. <br> ACCOUNT NO.: 4051 |
| **CLERK, U S BANKRUPTCY COURT** <br> ATTN: FILING FEE CLERK <br> 600 GRANT ST 5414 US STEEL TWR <br><br> PITTSBURGH, PA 15219 | Trustee Claim Number:50  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: PIF/CLERK*FILING FEES REM 2B PD/OE 19-204 (WILLIS)*DK | CRED DESC: FILING FEES <br> ACCOUNT NO.: 19-20098-JAD |

| CLAIM RECORDS | | |
|---|---|---|
| **LAWRENCE W WILLIS ESQ** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| WILLIS & ASSOCIATES | Court Claim Number: | ACCOUNT NO.:  19-20098-JAD |
| 201 PENN CENTER BLVD STE 310 | | |
| | CLAIM:  500.00 | |
| PITTSBURGH, PA  15235 | COMMENT:  REFUND TO ATTY PER OE 11-5-19*DK | |
| | | |
| **KML LAW GROUP PC*** | Trustee Claim Number:52  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  LAKEVIEW LN/PRAE | |
| | | |
| **LOGS LEGAL GROUP LLP** | Trustee Claim Number:53  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 3600 HORIZON DR STE 150 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| KING OF PRUSSIA, PA  19406 | COMMENT:  LAKEVIEW/POA | |