**resurgent**
capital services

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

19-20098

DEBTOR(S):

BIRCH L FOLEY

SHERRIE L FOLEY

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 2 IN THE AMOUNT OF $1,389.64

CREDITOR'S SIGNATURE:

/s/ David Lamb

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

11/21/2023