FILED
1/30/24 9:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Birch L. Foley and<br>Sherrie L. Foley,<br>    Debtor(s).<br><br>Ronda J. Winnecour, Chapter 13 Trustee,<br>    Movant(s),<br>vs.<br>Birch L. Foley and<br>Sherrie L. Foley,<br>    Respondent(s). | CASE NO  19-20098-JAD<br><br>Chapter 13<br><br>Related to Docs 107, 108, 123, 127, and 130 |

## CONSENT ORDER OF COURT ADDRESSING DISPOSITION OF BALANCE OF FUNDS ON HAND

WHEREAS, in accordance with an Order approving a settlement (at Doc 127) and an amended plan dated 3/21/2023 (at Doc 107 and confirmed at Doc 130), Trustee was to receive a lump sum from a settlement to be used to make a distribute to unsecured creditors and to pay allowed Debtor(s) attorney fees (as allowed at Doc 123), and to otherwise complete the case;

WHEREAS, Special Counsel advises the Debtor(s) that there is a delay in the finalizing the settlement because of the need for governmental consents and, therefore, the payment of the lump sum has been delayed;

WHEREAS, the plan has reached plan term end and the parties are uncertain when the lump sum payment will be made;

AND NOW therefore, to enable the case to complete using the balance of funds on hand the parties agree as follows:

1. The $5,696.93 balance on hand, will be used to make the February 2024 mortgage payment on the long-term continuing debt of Lakeview Loan Servicing (in the amount due of $913.57), with the remainder of the balance on hand in the amount of $4,783.36 to be distributed to general unsecured

Page **1** of **3**

creditors. Debtor(s) shall resume long term continuing debt payments in March 2024.

2. The settlement approval Order at Doc 127 is hereby modified to provide that the proceeds carveout in the amount of $14,630.00 that were to have been sent to the Trustee shall, instead, be made payable to, and mailed to, Debtor(s)' attorney, Lawrence W. Willis when the settlement has been finalized. Mr. Willis shall then deduct the balance of his allowed fees from the proceeds, and shall refund to Debtor(s) any surplus. Mr. Willis shall be responsible for ensuring that Special Counsel is aware of this modification and for enforcing, as necessary, this provision.

3. The Debtor(s) final confirmed plan shall be deemed modified to provide that any outstanding fees due Mr. Willis shall survive discharge and shall be paid direct, out of the proceeds of the settlement as discussed above, and not by Trustee through the plan.

4. This Order shall be deemed incorporated into the amended plan dated 3/21/2023.

So Ordered, this 30th day of January, 20 24.

U.S. Bankruptcy Judge jsf
JEFFERY A. DELLER

Consented to:

/s/ Owen W. Katz
Owen W. Katz (PA I.D. #36473)
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

/s/ Lawrence W Willis
Lawrence W Willis, Esquire (PA I.D. #85299)
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
help@westernpabankruptcy.com
**Attorney for Debtor(s)**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20098-JAD |
| Birch L Foley | Chapter 13 |
| Sherrie L Foley | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 30, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Birch L Foley, Sherrie L Foley, 100 Crestview Dr, Butler, PA 16001-3506 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024           Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC as serviced by Community Loan Servicing, LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC as serviced by Community Loan Servicing, LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC. dcarlon@kmllawgroup.com |
| Francis Thomas Tarlecki | on behalf of Creditor Lakeview Loan Servicing LLC. ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jan 30, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Harry W. Greenfield
    on behalf of Creditor USX Federal Credit Union hgreenfield@bernsteinlaw.com  lyoung@bernsteinlaw.com

Keri P. Ebeck
    on behalf of Creditor USX Federal Credit Union kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lawrence W. Willis
    on behalf of Debtor Birch L Foley ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
    on behalf of Joint Debtor Sherrie L Foley ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Marisa Myers Cohen
    on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 13