Certificate Number: 05781-PAW-DE-038191817

Bankruptcy Case Number: 19-20098



05781-PAW-DE-038191817

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 15, 2024, at 11:19 o'clock PM PST, Birch Foley completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  February 15, 2024           By:    /s/Allison M Geving

                                   Name:  Allison M Geving

                                   Title: President