Certificate Number: 05781-PAW-DE-038191816

Bankruptcy Case Number: 19-20098



05781-PAW-DE-038191816

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 15, 2024, at 11:19 o'clock PM PST, Sherrie Foley completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 15, 2024         By:   /s/Allison M Geving

                                  Name:   Allison M Geving

                                  Title:   President