**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Birch L Foley**
**Sherrie L Foley**
Debtor(s)

Bankruptcy Case No.: 19–20098–JAD

Chapter: 13
Docket No.: 155 – 154

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 28th of February, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/9/24.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/17/24 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/9/24.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 19-20098-JAD

Birch L Foley                                                                     Chapter 13

Sherrie L Foley

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                       Page 1 of 5

Date Rcvd: Feb 28, 2024                     Form ID: 408                              Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor is advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Birch L Foley, Sherrie L Foley, 100 Crestview Dr, Butler, PA 16001-3506 |
| sp | + | Dennis A. Liotta, Edgar Snyder & Associates, US Steel Tower, 600 Grant Street 10th Floor, Pittsburgh, PA 15219-2828 |
| 14988968 | + | Ameican Web, 522 N 14th Street, SUite 130, Ponca City, OK 74601-4654 |
| 14975360 | + | Capital Bank,n.a., 1 Church St, Rockville, MD 20850-4158 |
| 14975367 | + | Dept Of Ed/582/nelnet, Po Box 173904, Denver, CO 80217-3904 |
| 15435911 | + | Lakeview Loan Servicing, LLC as serviced, by Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14978675 | + | Lakeview Loan Servicing, LLC., c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14988987 | + | Nationwide Insurance, PO Box 10479, Des Moines, IA 50306-0479 |
| 14975375 | + | Northwest Consumer Dis, Po Box 523, Allison Park, PA 15101-0523 |
| 14988990 | + | Peoples Natural Gas, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14988991 | + | Pinnacle Credit Servic, Resurgent Capital Services, PO Box 15087, Greenville, SC 29610-5087 |
| 14975383 | + | Tsi/51, Pob 15273, Wilmington, DE 19850-5273 |
| 14975387 | + | Usx Federal Credit Uni, 600 Grant St, Pittsburgh, PA 15219-2702 |
| 14989008 | | West Penn Power, Summit Park Dr, Pittsburgh, PA 15205 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14988969 | | Email/Text: patientfinancialservices@butlerhealthsystem.org | Feb 29 2024 00:25:49 | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 14988972 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 29 2024 00:28:28 | CITIBANK, 701 E 60TH ST N, Sioux Falls, SD 57104-0432 |
| 14975361 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 29 2024 00:39:55 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14975362 | ^ | MEBN | Feb 29 2024 00:14:59 | Collection Service Cen, Pob 560, New Kensington, PA 15068-0560 |
| 14988974 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 29 2024 00:26:00 | Comenity Bank, P.O. Box 659728, San Antonio, TX 78265 |
| 14975363 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 29 2024 00:26:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14975364 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 29 2024 00:26:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14975365 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 29 2024 00:26:31 | Credit Coll, Po Box 607, Norwood, MA |

District/off: 0315-2 | User: auto | Page 2 of 5
Date Rcvd: Feb 28, 2024 | Form ID: 408 | Total Noticed: 60

| | | | |
|---|---|---|---|
| | | | 02062-0607 |
| 14975366 | + | Email/Text: bankruptcy_notifications@ccsusa.com | |
| | | Feb 29 2024 00:26:31 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 14975368 | + | Email/Text: mrdiscen@discover.com | |
| | | Feb 29 2024 00:25:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14975370 | | Email/Text: collecadminbankruptcy@fnni.com | |
| | | Feb 29 2024 00:25:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 14975369 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | |
| | | Feb 29 2024 00:27:46 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14975371 | + | Email/Text: Bankruptcy@ICSystem.com | |
| | | Feb 29 2024 00:25:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14975372 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | |
| | | Feb 29 2024 00:26:00 | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14984493 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Feb 29 2024 00:27:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14996340 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | |
| | | Feb 29 2024 00:25:00 | Lakeview Loan Servicing, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14975373 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | |
| | | Feb 29 2024 00:25:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14975374 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Feb 29 2024 00:26:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 14994463 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Feb 29 2024 00:26:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15011060 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 29 2024 00:27:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14976031 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 29 2024 00:28:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14981931 | + | Email/Text: ebnpeoples@grblaw.com | |
| | | Feb 29 2024 00:25:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14984494 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Feb 29 2024 00:27:46 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14975377 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 29 2024 00:39:59 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14988993 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | |
| | | Feb 29 2024 00:25:00 | Progressive Insurance, 6300 Wilson Mills Rd, Cleveland, OH 44143-2182 |
| 14988994 | + | Email/Text: bnc-quantum@quantum3group.com | |
| | | Feb 29 2024 00:26:00 | Quantum3, PO Box 788, Kirkland, WA 98083-0788 |
| 14986655 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Feb 29 2024 00:26:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14998398 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Feb 29 2024 00:26:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15521290 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Feb 29 2024 00:25:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14988995 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 29 2024 00:39:11 | SYNCB, C/O P O BOX 965015, Orlando, FL 32896-0001 |
| 14975378 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 29 2024 00:38:49 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14975379 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |

District/off: 0315-2      User: auto      Page 3 of 5

Date Rcvd: Feb 28, 2024      Form ID: 408      Total Noticed: 60

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 29 2024 00:28:14 | Syncb/levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14975380 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:50:33 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14975381 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:27:44 | Syncb/paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 14975382 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 01:14:26 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14975384 | | Email/Text: bankruptcy@unifund.com | Feb 29 2024 00:25:00 | Unifund Ccr Llc, 10625 Techwoods Cir, Blue Ash, OH 45242 |
| 15012811 | | Email/Text: electronicbkydocs@nelnet.net | Feb 29 2024 00:26:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14975385 | + | Email/Text: EDBKNotices@ecmc.org | Feb 29 2024 00:25:00 | Us Dep Ed, Po Box 5609, Greenville, TX 75403-5609 |
| 14975386 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 29 2024 00:26:00 | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 15007613 | | Email/PDF: ebn_ais@aisinfo.com | Feb 29 2024 00:38:51 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14975389 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 29 2024 00:25:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14992784 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 29 2024 00:50:37 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14989007 | | Email/Text: bankruptcy@firstenergycorp.com | Feb 29 2024 00:26:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15009899 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 29 2024 00:26:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14989009 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 29 2024 00:26:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 14975390 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 29 2024 00:39:40 | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC as serviced by Commun |
| cr | | Lakeview Loan Servicing, LLC. |
| cr | | USX Federal Credit Union |
| 14975388 | | Usx Federal Credit Uni |
| 14989005 | | Usx Federal Credit Uni |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | * | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14988970 | *+ | Capital Bank,n.a., 1 Church St, Rockville, MD 20850-4158 |
| 14988971 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14988973 | *+ | Collection Service Cen, Pob 560, New Kensington, PA 15068-0560 |
| 14988975 | *+ | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14988976 | *+ | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14988977 | *+ | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 14988978 | *+ | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 14988979 | *+ | Dept Of Ed/582/nelnet, Po Box 173904, Denver, CO 80217-3904 |

District/off: 0315-2 | User: auto | Page 4 of 5
Date Rcvd: Feb 28, 2024 | Form ID: 408 | Total Noticed: 60

| | | |
|---|---|---|
| 14988981 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 14988980 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14988982 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14988983 | *+ | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14988985 | * | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14988984 | *+ | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14988986 | *+ | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 14988988 | *+ | Northwest Consumer Dis, Po Box 523, Allison Park, PA 15101-0523 |
| 14988989 | *+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14988992 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14988996 | *+ | Synch/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14988997 | *+ | Syncb/levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14988998 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14988999 | *+ | Syncb/paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 14989000 | *+ | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14989001 | *+ | Tsi/51, Pob 15273, Wilmington, DE 19850-5273 |
| 14989002 | *P++ | UNIFUND CCR LLC, ATTN MEDIA DEPARTMENT, 10625 TECHWOOD CIRCLE, CINCINNATI OH 45242-2846, address filed with court:, Unifund Ccr Llc, 10625 Techwoods Cir, Blue Ash, OH 45242 |
| 14989003 | *+ | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 14989004 | *+ | Usx Federal Credit Uni, 600 Grant St, Pittsburgh, PA 15219-2702 |
| 14989006 | *+ | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14989010 | *+ | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 14975376 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 5 Undeliverable, 33 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC as serviced by Community Loan Servicing, LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC as serviced by Community Loan Servicing, LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC. dcarlon@kmllawgroup.com |
| Francis Thomas Tarlecki | on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| Harry W. Greenfield | on behalf of Creditor USX Federal Credit Union hgreenfield@bernsteinlaw.com  lyoung@bernsteinlaw.com |

Keri P. Ebeck
 on behalf of Creditor USX Federal Credit Union kebeck@bernsteinlaw.com
 btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lawrence W. Willis
 on behalf of Debtor Birch L Foley ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
 on behalf of Joint Debtor Sherrie L Foley ecf@westernpabankruptcy.com
 urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Marisa Myers Cohen
 on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

S. James Wallace
 on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 13