**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> BIRCH L FOLEY <br> SHERRIE L FOLEY <br>            Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>            Movant <br>            vs. <br> No Respondents. | Case No.:19-20098 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/08/2019 and confirmed on 3/11/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 91,358.45 |
| Less Refunds to Debtor | 1,616.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 89,742.45 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 4,220.89 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,620.89 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 56,913.41 | 0.00 | 56,913.41 |
|     Acct: 4051 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 12,761.26 | 12,761.26 | 0.00 | 12,761.26 |
|     Acct: 4051 | | | | |
|   WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1841 | | | | |
|   USX FEDERAL CREDIT UNION* | 2,736.32 | 2,736.32 | 635.02 | 3,371.34 |
|     Acct: 5005 | | | | |
|   USX FEDERAL CREDIT UNION* | 3,251.00 | 3,251.00 | 541.19 | 3,792.19 |
|     Acct: 5009 | | | | |
| | | | | 76,838.20 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BIRCH L FOLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BIRCH L FOLEY | 1,616.00 | 1,616.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX2/23 | | | | |
|   LAWRENCE W WILLIS ESQ | 500.00 | 500.00 | 0.00 | 500.00 |
|     Acct: XXXXXXXX-JAD | | | | |
|   CLERK, U S BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX-JAD | | | | |
| | | | | 500.00 |
| **Unsecured** | | | | |
|   US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7843 | | | | |
|   AMERICAN WEB LOAN++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5953 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2238 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: IDCF | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6200 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4814 | | | | |
| | CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3502 | | | | |
| | CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7474 | | | | |
| | NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2649 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1405 | | | | |
| | FIRST NATIONAL BANK OF OMAHA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2698 | | | | |
| | IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4278 | | | | |
| | QUANTUM3 GROUP LLC - AGENT FOR JH | 696.86 | 256.28 | 0.00 | 256.28 |
| | Acct: 2319 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0085 | | | | |
| | MIDLAND FUNDING LLC | 930.57 | 342.24 | 0.00 | 342.24 |
| | Acct: 4814 | | | | |
| | MIDLAND FUNDING LLC | 222.24 | 81.73 | 0.00 | 81.73 |
| | Acct: 6200 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9340 | | | | |
| | NORTHWEST CONSUMER DISCOUNT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0009 | | | | |
| | PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0418 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 245.79 | 90.39 | 0.00 | 90.39 |
| | Acct: 8203 | | | | |
| | PINNACLE CREDIT SERVICES LLC - ASSIG | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 678.17 | 249.41 | 0.00 | 249.41 |
| | Acct: 7472 | | | | |
| | QUANTUM3 GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MIDLAND FUNDING LLC | 560.19 | 206.02 | 0.00 | 206.02 |
| | Acct: 2483 | | | | |
| | QUANTUM3 GROUP LLC AGNT-CREDIT C | 1,689.68 | 621.41 | 0.00 | 621.41 |
| | Acct: 7917 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7472 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5756 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 713.72 | 262.48 | 0.00 | 262.48 |
| | Acct: 6303 | | | | |
| | TSI++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7404 | | | | |
| | UNIFUND CCR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3325 | | | | |
| | USX FEDERAL CREDIT UNION* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 8103 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 2,256.56 | 829.90 | 0.00 | 829.90 |
| | Acct: 0001 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 923.02 | 339.46 | 0.00 | 339.46 |
| | Acct: 0001 | | | | |
| | WEST PENN POWER* | 3,691.47 | 1,357.61 | 0.00 | 1,357.61 |
| | Acct: 7789 | | | | |
| | WELLS FARGO BANK NA | 398.17 | 146.43 | 0.00 | 146.43 |
| | Acct: 1841 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8429 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8998 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2483 | | | | |
| | MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PROGRESSIVE INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 4,783.36 |

**TOTAL PAID TO CREDITORS**                                                                                   82,121.56

TOTAL CLAIMED
PRIORITY           500.00
SECURED         18,748.58
UNSECURED       13,006.44

Date: 02/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BIRCH L FOLEY
SHERRIE L FOLEY
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-20098 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20098-JAD |
| Birch L Foley | Chapter 13 |
| Sherrie L Foley | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Feb 28, 2024 | Form ID: pdf900 | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Birch L Foley, Sherrie L Foley, 100 Crestview Dr, Butler, PA 16001-3506 |
| sp | + | Dennis A. Liotta, Edgar Snyder & Associates, US Steel Tower, 600 Grant Street 10th Floor, Pittsburgh, PA 15219-2828 |
| 14988968 | + | Ameican Web, 522 N 14th Street, SUite 130, Ponca City, OK 74601-4654 |
| 14975360 | + | Capital Bank,n.a., 1 Church St, Rockville, MD 20850-4158 |
| 14975367 | + | Dept Of Ed/582/nelnet, Po Box 173904, Denver, CO 80217-3904 |
| 15435911 | + | Lakeview Loan Servicing, LLC as serviced, by Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14978675 | + | Lakeview Loan Servicing, LLC., c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14988987 | + | Nationwide Insurance, PO Box 10479, Des Moines, IA 50306-0479 |
| 14975375 | + | Northwest Consumer Dis, Po Box 523, Allison Park, PA 15101-0523 |
| 14988990 | + | Peoples Natural Gas, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14988991 | + | Pinnacle Credit Servic, Resurgent Capital Services, PO Box 15087, Greenville, SC 29610-5087 |
| 14975383 | + | Tsi/51, Pob 15273, Wilmington, DE 19850-5273 |
| 14975387 | + | Usx Federal Credit Uni, 600 Grant St, Pittsburgh, PA 15219-2702 |
| 14989008 | | West Penn Power, Summit Park Dr, Pittsburgh, PA 15205 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14988969 | | Email/Text: patientfinancialservices@butlerhealthsystem.org | Feb 29 2024 00:25:49 | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 14988972 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 29 2024 00:39:30 | CITIBANK, 701 E 60TH ST N, Sioux Falls, SD 57104-0432 |
| 14975361 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 29 2024 00:40:03 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14975362 | ^ | MEBN | Feb 29 2024 00:14:59 | Collection Service Cen, Pob 560, New Kensington, PA 15068-0560 |
| 14988974 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 29 2024 00:26:00 | Comenity Bank, P.O. Box 659728, San Antonio, TX 78265 |
| 14975363 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 29 2024 00:26:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14975364 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 29 2024 00:26:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14975365 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 29 2024 00:26:31 | Credit Coll, Po Box 607, Norwood, MA |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14975366 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 29 2024 00:26:31 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 14975368 | + | Email/Text: mrdiscen@discover.com | Feb 29 2024 00:25:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14975370 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 29 2024 00:25:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 14975369 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 29 2024 00:28:28 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14975371 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 29 2024 00:25:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14975372 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Feb 29 2024 00:26:00 | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14984493 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 29 2024 00:38:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14996340 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 29 2024 00:25:00 | Lakeview Loan Servicing, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14975373 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 29 2024 00:25:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14975374 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 29 2024 00:26:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 14994463 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 29 2024 00:26:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15011060 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 29 2024 00:28:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14976031 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 29 2024 00:28:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14981931 | + | Email/Text: ebnpeoples@grblaw.com | Feb 29 2024 00:25:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14984494 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 29 2024 00:27:46 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14975377 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 29 2024 00:27:46 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14988993 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Feb 29 2024 00:25:00 | Progressive Insurance, 6300 Wilson Mills Rd, Cleveland, OH 44143-2182 |
| 14988994 | + | Email/Text: bnc-quantum@quantum3group.com | Feb 29 2024 00:26:00 | Quantum3, PO Box 788, Kirkland, WA 98083-0788 |
| 14986655 | | Email/Text: bnc-quantum@quantum3group.com | Feb 29 2024 00:26:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14998398 | | Email/Text: bnc-quantum@quantum3group.com | Feb 29 2024 00:26:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15521290 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 29 2024 00:25:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14988995 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:28:08 | SYNCB, C/O P O BOX 965015, Orlando, FL 32896-0001 |
| 14975378 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:28:32 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14975379 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

Case 19-20098-JAD   Doc 157   Filed 03/01/24   Entered 03/02/24 00:29:04   Desc
Imaged Certificate of Notice   Page 8 of 10

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 28, 2024 | Form ID: pdf900 | Total Noticed: 60 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Feb 29 2024 00:28:26 | Syncb/levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14975380 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:27:44 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14975381 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:27:46 | Syncb/paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 14975382 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:39:28 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14975384 | | Email/Text: bankruptcy@unifund.com | Feb 29 2024 00:25:00 | Unifund Ccr Llc, 10625 Techwoods Cir, Blue Ash, OH 45242 |
| 15012811 | | Email/Text: electronicbkydocs@nelnet.net | Feb 29 2024 00:26:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14975385 | + | Email/Text: EDBKNotices@ecmc.org | Feb 29 2024 00:25:00 | Us Dep Ed, Po Box 5609, Greenville, TX 75403-5609 |
| 14975386 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 29 2024 00:26:00 | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 15007613 | | Email/PDF: ebn_ais@aisinfo.com | Feb 29 2024 00:28:10 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14975389 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 29 2024 00:25:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14992784 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 29 2024 00:51:05 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14989007 | | Email/Text: bankruptcy@firstenergycorp.com | Feb 29 2024 00:26:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15009899 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 29 2024 00:26:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14989009 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 29 2024 00:26:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 14975390 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 29 2024 00:27:46 | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 46

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC as serviced by Commun |
| cr | | Lakeview Loan Servicing, LLC. |
| cr | | USX Federal Credit Union |
| 14975388 | | Usx Federal Credit Uni |
| 14989005 | | Usx Federal Credit Uni |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | * | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14988970 | *+ | Capital Bank,n.a., 1 Church St, Rockville, MD 20850-4158 |
| 14988971 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14988973 | *+ | Collection Service Cen, Pob 560, New Kensington, PA 15068-0560 |
| 14988975 | *+ | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14988976 | *+ | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14988977 | *+ | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 14988978 | *+ | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 14988979 | *+ | Dept Of Ed/582/nelnet, Po Box 173904, Denver, CO 80217-3904 |

Case 19-20098-JAD   Doc 157   Filed 03/01/24   Entered 03/02/24 00:29:04   Desc
Imaged Certificate of Notice   Page 9 of 10

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 28, 2024 | Form ID: pdf900 | Total Noticed: 60 |

| | | |
|---|---|---|
| 14988981 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 14988980 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14988982 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14988983 | *+ | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14988985 | * | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14988984 | *+ | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14988986 | *+ | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 14988988 | *+ | Northwest Consumer Dis, Po Box 523, Allison Park, PA 15101-0523 |
| 14988989 | *+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14988992 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14988996 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14988997 | *+ | Syncb/levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14988998 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14988999 | *+ | Syncb/paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 14989000 | *+ | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14989001 | *+ | Tsi/51, Pob 15273, Wilmington, DE 19850-5273 |
| 14989002 | *P++ | UNIFUND CCR LLC, ATTN MEDIA DEPARTMENT, 10625 TECHWOOD CIRCLE, CINCINNATI OH 45242-2846, address filed with court:., Unifund Ccr Llc, 10625 Techwoods Cir, Blue Ash, OH 45242 |
| 14989003 | *+ | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 14989004 | *+ | Usx Federal Credit Uni, 600 Grant St, Pittsburgh, PA 15219-2702 |
| 14989006 | *+ | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14989010 | *+ | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 14975376 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 5 Undeliverable, 33 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC as serviced by Community Loan Servicing, LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC as serviced by Community Loan Servicing, LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC. dcarlon@kmllawgroup.com |
| Francis Thomas Tarlecki | on behalf of Creditor Lakeview Loan Servicing LLC. ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| Harry W. Greenfield | on behalf of Creditor USX Federal Credit Union hgreenfield@bernsteinlaw.com lyoung@bernsteinlaw.com |

District/off: 0315-2 | User: auto | Page 5 of 5
Date Rcvd: Feb 28, 2024 | Form ID: pdf900 | Total Noticed: 60

Keri P. Ebeck
    on behalf of Creditor USX Federal Credit Union kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lawrence W. Willis
    on behalf of Debtor Birch L Foley ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
    on behalf of Joint Debtor Sherrie L Foley ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Marisa Myers Cohen
    on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com


TOTAL: 13