**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Birch L. Foley and | : | Chapter 13 |
| Sherrie L. Foley, | : | |
| **Movants** | : | Bankruptcy No. 19-20098-JAD |
| _____ | : | |
| Lawrence Willis, Esquire / | : | |
| Willis & Associates, | : | Docket No. 159 |
| **Applicant** | : | |
| | : | Hearing Date and Time: |
| vs. | : | April 17, 2024 at 11:00 AM |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| **Respondent** | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION FOR
COMPENSATION
FILED AT DOCKET NO. 159**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on March 24, 2024, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 10, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>April 11, 2024</u>   By: <u>/s/ Lawrence Willis Esquire</u>
           Lawrence W Willis, Esquire
           PA I.D. # 85299
           Willis & Associates
           201 Penn Center Blvd
           Pittsburgh, PA 15235
           Tel: 412.235.1721
           Fax: 412.542.1704
           lawrencew@urfreshstrt.com
           Attorney for Debtors