| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Birch L Foley<br>_First Name   Middle Name   Last Name_ | Social Security number or ITIN   xxx–xx–3344<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Sherrie L Foley<br>_First Name   Middle Name   Last Name_ | Social Security number or ITIN   xxx–xx–7843<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   19–20098–JAD | | |

# Order of Discharge                                                                                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Birch L Foley                                             Sherrie L Foley

<u>4/10/24</u>                                              **By the court:** <u>Jeffery A. Deller</u>
                                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20098-JAD |
| Birch L Foley | Chapter 13 |
| Sherrie L Foley | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Apr 10, 2024 | Form ID: 3180W | Total Noticed: 63 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Birch L Foley, Sherrie L Foley, 100 Crestview Dr, Butler, PA 16001-3506 |
| sp | + | Dennis A. Liotta, Edgar Snyder & Associates, US Steel Tower, 600 Grant Street 10th Floor, Pittsburgh, PA 15219-2828 |
| 14988968 | + | Ameican Web, 522 N 14th Street, SUite 130, Ponca City, OK 74601-4654 |
| 14975360 | + | Capital Bank,n.a., 1 Church St, Rockville, MD 20850-4158 |
| 14975367 | + | Dept Of Ed/582/nelnet, Po Box 173904, Denver, CO 80217-3904 |
| 15435911 | + | Lakeview Loan Servicing, LLC as serviced, by Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14978675 | + | Lakeview Loan Servicing, LLC., c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14988987 | + | Nationwide Insurance, PO Box 10479, Des Moines, IA 50306-0479 |
| 14975375 | + | Northwest Consumer Dis, Po Box 523, Allison Park, PA 15101-0523 |
| 14988990 | + | Peoples Natural Gas, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14988991 | + | Pinnacle Credit Servic, Resurgent Capital Services, PO Box 15087, Greenville, SC 29610-5087 |
| 14975383 | + | Tsi/51, Pob 15273, Wilmington, DE 19850-5273 |
| 14975387 | + | Usx Federal Credit Uni, 600 Grant St, Pittsburgh, PA 15219-2702 |
| 14989008 | | West Penn Power, Summit Park Dr, Pittsburgh, PA 15205 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Apr 11 2024 04:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2024 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Apr 11 2024 04:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 11 2024 00:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14988969 | Email/Text: patientfinancialservices@butlerhealthsystem.org | Apr 11 2024 00:10:00 | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 14988972 | + EDI: CITICORP | Apr 11 2024 04:05:00 | CITIBANK, 701 E 60TH ST N, Sioux Falls, SD |

| Recipient ID | Code | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 57104-0432 |
| 14975361 | + | EDI: CAPITALONE.COM | Apr 11 2024 04:05:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14975362 | ^ | MEBN | Apr 11 2024 00:05:29 | Collection Service Cen, Pob 560, New Kensington, PA 15068-0560 |
| 14988974 | | EDI: WFNNB.COM | Apr 11 2024 04:05:00 | Comenity Bank, P.O. Box 659728, San Antonio, TX 78265 |
| 14975363 | + | EDI: WFNNB.COM | Apr 11 2024 04:05:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14975364 | + | EDI: WFNNB.COM | Apr 11 2024 04:05:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14975365 | + | EDI: CCS.COM | Apr 11 2024 04:05:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 14975366 | + | EDI: CCS.COM | Apr 11 2024 04:05:00 | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 14975368 | + | EDI: DISCOVER | Apr 11 2024 04:04:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14975370 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 11 2024 00:10:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 14975369 | + | EDI: AMINFOFP.COM | Apr 11 2024 04:05:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14975371 | + | EDI: LCIICSYSTEM | Apr 11 2024 04:05:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14975372 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Apr 11 2024 00:11:00 | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14984493 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2024 00:13:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15700717 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2024 00:10:00 | Lakeview Loan Servicing, LLC, C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14996340 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 11 2024 00:10:00 | Lakeview Loan Servicing, LLC, LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14975373 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 11 2024 00:10:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14975374 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2024 00:11:00 | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 14994463 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 11 2024 00:11:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15011060 | | EDI: PRA.COM | Apr 11 2024 04:05:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14976031 | + | EDI: PRA.COM | Apr 11 2024 04:05:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14981931 | + | Email/Text: ebnpeoples@grblaw.com | Apr 11 2024 00:10:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14984494 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2024 00:14:08 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14975377 | + | EDI: PRA.COM | Apr 11 2024 04:05:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14988993 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Apr 11 2024 00:10:00 | Progressive Insurance, 6300 Wilson Mills Rd, |

Case 19-20098-JAD   Doc 171   Filed 04/12/24   Entered 04/13/24 00:27:18   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 10, 2024 | Form ID: 3180W | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| | | | | Cleveland, OH 44143-2182 |
| 14988994 | + | EDI: Q3G.COM | Apr 11 2024 04:05:00 | Quantum3, PO Box 788, Kirkland, WA 98083-0788 |
| 14986655 | | EDI: Q3G.COM | Apr 11 2024 04:05:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14998398 | | EDI: Q3G.COM | Apr 11 2024 04:05:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15521290 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2024 00:10:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14988995 | + | EDI: SYNC | Apr 11 2024 04:04:00 | SYNCB, C/O P O BOX 965015, Orlando, FL 32896-0001 |
| 14975378 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14975379 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14975380 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14975381 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 14975382 | + | EDI: SYNC | Apr 11 2024 04:04:00 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14975384 | | Email/Text: bankruptcy@unifund.com | Apr 11 2024 00:10:00 | Unifund Ccr Llc, 10625 Techwoods Cir, Blue Ash, OH 45242 |
| 15012811 | | Email/Text: electronicbkydocs@nelnet.net | Apr 11 2024 00:11:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14975385 | + | Email/Text: EDBKNotices@ecmc.org | Apr 11 2024 00:09:00 | Us Dep Ed, Po Box 5609, Greenville, TX 75403-5609 |
| 14975386 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 11 2024 00:11:00 | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 15007613 | | EDI: AIS.COM | Apr 11 2024 04:05:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14975389 | + | EDI: VERIZONCOMB.COM | Apr 11 2024 04:04:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14992784 | | EDI: WFFC2 | Apr 11 2024 04:05:00 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14989007 | | Email/Text: bankruptcy@firstenergycorp.com | Apr 11 2024 00:11:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15009899 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 11 2024 00:11:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |
| 14989009 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 11 2024 00:11:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 14975390 | + | EDI: WFFC2 | Apr 11 2024 04:05:00 | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 5 |
| Date Rcvd: Apr 10, 2024 | Form ID: 3180W | Total Noticed: 63 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC as serviced by Commun |
| cr | | Lakeview Loan Servicing, LLC. |
| cr | | USX Federal Credit Union |
| 14975388 | | Usx Federal Credit Uni |
| 14989005 | | Usx Federal Credit Uni |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | * | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14988970 | *+ | Capital Bank,n.a., 1 Church St, Rockville, MD 20850-4158 |
| 14988971 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14988973 | *+ | Collection Service Cen, Pob 560, New Kensington, PA 15068-0560 |
| 14988975 | *+ | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14988976 | *+ | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14988977 | *+ | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 14988978 | *+ | Credit Collection Serv, Po Box 607, Norwood, MA 02062-0607 |
| 14988979 | *+ | Dept Of Ed/582/nelnet, Po Box 173904, Denver, CO 80217-3904 |
| 14988981 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 14988980 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14988982 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14988983 | *+ | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14988985 | * | LVNV Funding, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14988984 | *+ | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14988986 | *+ | Midland Funding, 2365 Northside Drive, San Diego, CA 92108-2710 |
| 14988988 | *+ | Northwest Consumer Dis, Po Box 523, Allison Park, PA 15101-0523 |
| 14988989 | *+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14988992 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14988996 | *+ | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14988997 | *+ | Syncb/levin Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14988998 | *+ | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14988999 | *+ | Syncb/paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 14989000 | *+ | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14989001 | *+ | Tsi/51, Pob 15273, Wilmington, DE 19850-5273 |
| 14989002 | *P++ | UNIFUND CCR LLC, ATTN MEDIA DEPARTMENT, 10625 TECHWOOD CIRCLE, CINCINNATI OH 45242-2846, address filed with court:, Unifund Ccr Llc, 10625 Techwoods Cir, Blue Ash, OH 45242 |
| 14989003 | *+ | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 14989004 | *+ | Usx Federal Credit Uni, 600 Grant St, Pittsburgh, PA 15219-2702 |
| 14989006 | *+ | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14989010 | *+ | Wf Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 14975376 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 5 Undeliverable, 33 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Apr 10, 2024 | Form ID: 3180W | Total Noticed: 63 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Lakeview Loan Servicing LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC as serviced by Community Loan Servicing, LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC as serviced by Community Loan Servicing, LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC. dcarlon@kmllawgroup.com |
| Francis Thomas Tarlecki | on behalf of Creditor Lakeview Loan Servicing LLC. ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| Harry W. Greenfield | on behalf of Creditor USX Federal Credit Union hgreenfield@bernsteinlaw.com lyoung@bernsteinlaw.com |
| Keri P. Ebeck | on behalf of Creditor USX Federal Credit Union kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lawrence W. Willis | on behalf of Debtor Birch L Foley ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Joint Debtor Sherrie L Foley ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing LLC. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 13