IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

| | | |
|---|---|---|
| In re: Birch L. Foley and<br>Sherrie L. Foley, | : | Chapter 13 |
| Movants | : | Bankruptcy No. 19-20098-JAD |
| Lawrence Willis, Esquire /<br>Willis & Associates, | : | Related to Docket No. 159 |
| Applicant | : | Hearing Date and Time:<br>April 17, 2024 at 11:00 AM |
| vs. | : | |
| Ronda J. Winnecour, Esquire,<br>Chapter 13 Trustee, | : | |
| Respondent | : | |

FILED
4/12/24 2:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER

AND NOW, this __12th__ day of __April__, 2024, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED and DECREED that the Application in its face amount of $4,130.00 for Additional Compensation for services rendered by Lawrence W Willis, Esquire as Attorney for the Debtor is allowed, and the additional sum of $4,130.00 is to be paid to Lawrence W Willis / Willis & Associates as the remainder of the Attorney's Fees.

IT IS FURTHER ORDERED the Clerk shall record the total award of compensation in the amount of $18,760.00.

Additional fees may be paid through the funds earmarked in the carveout provided for at Doc 143 Consent Order of Court Addressing Disposition of Balance of Funds on Hand. Counsel shall then deduct the balance of allowed fees from the proceeds and shall refund to Debtor(s) any surplus. If the Attorneys fees due exceed the balance of funds available per Consent Order at Doc 143 shall be waived.

BY THE COURT:

Hon. Jeffery A. Deller   jsf
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20098-JAD |
| Birch L Foley | Chapter 13 |
| Sherrie L Foley | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 12, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Birch L Foley, Sherrie L Foley, 100 Crestview Dr, Butler, PA 16001-3506 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Christopher A. DeNardo | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC as serviced by Community Loan Servicing, LLC logsecf@logs.com |
| Denise Carlon | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC as serviced by Community Loan Servicing, LLC dcarlon@kmllawgroup.com |
| Denise Carlon | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC. dcarlon@kmllawgroup.com |
| Francis Thomas Tarlecki | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| Harry W. Greenfield | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 12, 2024 | Form ID: pdf900 | Total Noticed: 1 |

        on behalf of Creditor USX Federal Credit Union hgreenfield@bernsteinlaw.com  lyoung@bernsteinlaw.com

Keri P. Ebeck
        on behalf of Creditor USX Federal Credit Union kebeck@bernsteinlaw.com
        btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lawrence W. Willis
        on behalf of Debtor Birch L Foley ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
        on behalf of Joint Debtor Sherrie L Foley ecf@westernpabankruptcy.com
        urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Marisa Myers Cohen
        on behalf of Creditor Lakeview Loan Servicing  LLC. ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 13